| Information to identify the case: | |
|---|---|
| Debtor 1: **Isaac Rogers-Lewis** (First Name, Middle Name, Last Name) | Social Security number or ITIN **xxx-xx-0411**<br>EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): (First Name, Middle Name, Last Name) | Social Security number or ITIN _ _ _ _<br>EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **Eastern District of Michigan** | |
| Case number: **20-44885-pjs** | |

# Order of Discharge                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Isaac Rogers-Lewis

<u>10/15/20</u>                     **By the court:** /s/ Phillip J Shefferly
                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:     Case No. 20-44885-pjs

Isaac Rogers-Lewis     Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0645-2     User: admin     Page 1 of 3

Date Rcvd: Oct 15, 2020     Form ID: 318     Total Noticed: 75

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Isaac Rogers-Lewis, 33127 Alberta, Westland, MI 48186-4648 |
| 26488346 | + | 16th District Court, Case ID 18L03824OT, 32765 Five Mile Road, Livonia, MI 48154-3045 |
| 26488347 | + | 16th District Court, Case ID 18L04449OM, 32765 Five Mile Road, Livonia, MI 48154-3045 |
| 26488344 | + | 16th District Court, Case ID 18LI15827B, 32765 Five Mile Road, Livonia, MI 48154-3045 |
| 26488345 | + | 16th District Court, Case ID 18LI15827C, 32765 Five Mile Road, Livonia, MI 48154-3045 |
| 26488348 | + | 18th District Court, Case ID 16WE13023A, 36675 Ford Road, Westland, MI 48185-2210 |
| 26488349 | + | 18th District Court, Case ID 16WE13023B, 36675 Ford Road, Westland, MI 48185-2210 |
| 26488350 | + | 19th District Court, Case No. 18DB07306, 16077 Michigan Ave., Dearborn, MI 48126-2937 |
| 26488351 | + | 19th District Court, Case No. 18DB08341, 16077 Michigan Ave., Dearborn, MI 48126-2937 |
| 26488352 | + | 35th District Court, Case No. 17C13951A, 660 Plymouth Rd., Plymouth, MI 48170-6121 |
| 26488353 | + | 35th District Court, Case No. 17C13951C, 660 Plymouth Rd., Plymouth, MI 48170-6121 |
| 26488360 | + | 46th District Court, Case ID 16SO06914A - OI, 26000 Evergreen Rd., Southfield, MI 48076-4453 |
| 26488361 | + | 46th District Court, Case ID 16SO06914B-OT, 26000 Evergreen Rd., Southfield, MI 48076-4453 |
| 26488362 | + | 47th District Court, Case ID 17H02294A-OT, 31605 W. Eleven Mile Road, Farmington, MI 48336-1105 |
| 26488364 | + | 47th District Court, Case No. 17C1458-GC, 31605 W. Eleven Mile Road, Farmington, MI 48336-1105 |
| 26488363 | + | 47th District Court, Case No. 18C0657X-GC, 31605 W. Eleven Mile Road, Farmington, MI 48336-1105 |
| 26488365 | ++ | ARBOR PROFESSIONAL SOLUTIONS, 2090 S MAIN STREET, ANN ARBOR MI 48103-5827 address filed with court:, Arbor Professional Solutions, 2090 S. Main Street, Ann Arbor, MI 48103 |
| 26488366 | | Auto Club Group, 1 Auto Drive, Dearborn, MI 48126 |
| 26488367 | ++ | BAKER COLLEGE OF OWOSSO, 321 WASHINGTON, OWOSSO MI 48867-2822 address filed with court:, Baker College, 1116 W. Bristol Rd., Flint, MI 48507 |
| 26488368 | + | Bank of Missouri, 5109 S. Broadbank Lane, Sioux Falls, SD 57108-2208 |
| 26488381 | + | CW Management Company LLC, c/o Charles Babcock, 32750 South River Road, Harrison Township, MI 48045-5706 |
| 26488373 | + | Checksmart, 2747 W Clay St, Ste A, Saint Charles, MO 63301-2557 |
| 26488374 | + | City of Romulus, 11111 So. Wayne Rd, Romulus, MI 48174-1485 |
| 26488380 | + | Credit Subs DBA Grow, 1447 2nd Street, Ste 200, Santa Monica, CA 90401-3404 |
| 26488384 | + | Fifth Third Bank, 5050 Kingsley, Cincinnati, OH 45227-1115 |
| 26488388 | ++ | GUARANTY BANK, 4000 W BROWN DEER ROAD, LOAN ADMINISTRATION, BROWN DEER WI 53209-1221 address filed with court:, Guaranty Bank, Loan Administration, 4000 W Brown Deer Road, Milwaukee, WI 53224 |
| 26488387 | + | Georgetown Commons, 19345 Gaynon Dr, Clinton Township, MI 48035-3961 |
| 26488390 | + | Henry Ford Health System, PO Box 553920, Detroit, MI 48255-3920 |
| 26488395 | + | Krashanta Gavins, 16826 Stoepel St, Detroit, MI 48221-2656 |
| 26488397 | + | LVNV Funding LLC, PO Box 98875, Las Vegas, NV 89193-8875 |
| 26488396 | + | Louisville Gas and Electric, 501 Greene Street, Augusta, GA 30901-4404 |
| 26488398 | + | Mars Meade County EMS, 1035 Frederica Street, Ste 200, PO Box 1479, Owensboro, KY 42302-1479 |
| 26488399 | + | Merchants & Medical Credit, 6324 Taylor Dr., Flint, MI 48507-4685 |
| 26488400 | + | Midwest Recovery Systems, 514 Earth City Plaza, Suite 100, Earth City, MO 63045-1303 |
| 26488402 | | Oakland Communtiy College, c/o Stuart M. Collis, 1851 Washtenaw Rd, Ypsilanti, MI 48197-1702 |
| 26488408 | + | St. Mary Mercy Hospital, 36475 Five Mile Rd., Livonia, MI 48154-1988 |
| 26488410 | + | Sunrise LA, 5105 S. Crossings Place, Ste 1, Sioux Falls, SD 57108-5005 |
| 26488412 | + | TCF Bank, PO Box 537980, Livonia, MI 48153-7980 |
| 26488413 | + | Total Visa, P.O. box 5220, Sioux Falls, SD 57117-5220 |
| 26488415 | + | Us Dept of Ed, PO Box 790356, Saint Louis, MO 63179-0356 |
| 26488417 | + | Wayne County Friend of the Court, 645 Griswold, Detroit, MI 48226-4015 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 26488354 | + | Email/Text: bankruptcynotices@36thdistrictcourt.org | Oct 15 2020 22:11:00 | 36th District Court, Case No. SP8574751, 421 Madison Avenue, Detroit, MI 48226-2358 |
| 26488355 | + | Email/Text: bankruptcynotices@36thdistrictcourt.org | Oct 15 2020 22:11:00 | 36th District Court, Case No. SP8574752, 421 Madison Avenue, Detroit, MI 48226-2358 |
| 26488356 | + | Email/Text: bankruptcynotices@36thdistrictcourt.org | Oct 15 2020 22:11:00 | 36th District Court, Case No. SP8574753, 421 Madison Avenue, Detroit, MI 48226-2358 |
| 26488357 | + | Email/Text: bankruptcynotices@36thdistrictcourt.org | Oct 15 2020 22:11:00 | 36th District Court, Case No. SP8574791, 421 Madison Avenue, Detroit, MI 48226-2358 |
| 26488358 | + | Email/Text: bankruptcynotices@36thdistrictcourt.org | Oct 15 2020 22:11:00 | 36th District Court, Case No. SP8574792, 421 Madison Avenue, Detroit, MI 48226-2358 |
| 26488359 | | Email/Text: j.mcgrail@41bcourt-mi.us | Oct 15 2020 22:10:00 | 41B District Court, Case No. 16-11125T, 22380 Starks Drive, Clinton Township, MI 48036 |
| 26488369 | | Email/Text: BH_Bankruptcy@beaumont.org | Oct 15 2020 22:10:00 | Beaumont, 750 Stephenson Highway, PO Box 5042, Troy, MI 48007-5042 |
| 26488375 | | EDI: COMCASTCBLCENT | Oct 16 2020 01:48:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 26488370 | + | EDI: CAPITALONE.COM | Oct 16 2020 01:48:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 26488371 | | Email/Text: dl-csgbankruptcy@charter.com | Oct 15 2020 22:11:00 | Charter Communications, 7372 Davison Road, Davison, MI 48423-2012 |
| 26488376 | + | Email/Text: collections@communitychoicecu.com | Oct 15 2020 22:11:00 | Community Choice Credit Union, 15420 Farmington Road, Livonia, MI 48154-2848 |
| 26488377 | | Email/Text: compliance@contractcallers.com | Oct 15 2020 22:11:00 | Contract Callers, Inc., PO Box 2207, Augusta, GA 30903-2207 |
| 26488378 | + | EDI: CONVERGENT.COM | Oct 16 2020 01:48:00 | Convergent Outsourcing, 800 SW 39th St, PO Box 9004, Renton, WA 98057-9004 |
| 26488379 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 15 2020 22:19:47 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 26488383 | | EDI: DTEE.COM | Oct 16 2020 01:48:00 | DTE Energy, Attn: Leland Prince, Esq., Bankruptcy Dept, One Energy Plaza, 688 WCB, Detroit, MI 48226-1221 |
| 26488382 | | EDI: DCI.COM | Oct 16 2020 01:48:00 | Diversified Consultants, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 26488385 | | EDI: AMINFOFP.COM | Oct 16 2020 01:48:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 26488386 | + | Email/Text: robinzdrodowski@yahoo.com | Oct 15 2020 22:11:00 | Ford Motor Credit, c/o Szuba & Associates, 40600 Ann Arbor Rd, Ste 100, Plymouth, MI 48170-4675 |
| 26488389 | + | Email/Text: PFSCounselors@hmh.net | Oct 15 2020 22:10:00 | Hardin Memorial Hospital, 913 N Dixie Hwy, Elizabethtown, KY 42701-2599 |
| 26488391 | + | Email/Text: bankruptcy@huntington.com | Oct 15 2020 22:10:00 | Huntington Bank, PO box 1558, Columbus, OH 43216-1558 |
| 26488392 | | EDI: IIC9.COM | Oct 16 2020 01:48:00 | IC System Inc., 444 Highway 96 East, PO Box 64437, Saint Paul, MN 55164-0437 |
| 26488393 | | EDI: JEFFERSONCAP.COM | Oct 16 2020 01:48:00 | Jefferson Capital Systems, LLC, PO BOX 953185, Saint Louis, MO 63195-3185 |
| 26488372 | | EDI: JPMORGANCHASE | Oct 16 2020 01:48:00 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 26488394 | + | Email/Text: general.counsel@kysu.edu | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 15 2020 22:11:00 | Kentucky State University, 400 E Main St, Frankfort, KY 40601-2355 |
| 26488401 | + | Email/Text: bankruptcy@moneylion.com | Oct 15 2020 22:11:43 | MoneyLion Inc., P.O. Box 1547, Sandy, UT 84091-1547 |
| 26488403 | | Email/Text: info@phoenixfinancialsvcs.com | Oct 15 2020 22:10:00 | Phoenix Financial, 8902 Otis Avenue, #103A, Indianapolis, IN 46216 |
| 26488404 | | EDI: PRA.COM | Oct 16 2020 01:48:00 | Portfolio Recovery, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502 |
| 26488405 | + | EDI: SWCR.COM | Oct 16 2020 01:48:00 | Southwest Credit Systems, 4120 International Pkwy #1100, Carrollton, TX 75007-1958 |
| 26488406 | + | Email/Text: dl-csgbankruptcy@charter.com | Oct 15 2020 22:11:00 | Spectrum, 14525 Farmington Rd, Livonia, MI 48154-5405 |
| 26488407 | + | EDI: NEXTEL.COM | Oct 16 2020 01:48:00 | Sprint, PO BOX 7993, Overland Park, KS 66207-0993 |
| 26488409 | + | Email/Text: MarcsBankruptcyUnit@michigan.gov | Oct 15 2020 22:11:00 | State of Michigan Collections, PO Box 30199, Lansing, MI 48909-7699 |
| 26488411 | | EDI: AISTMBL.COM | Oct 16 2020 01:48:00 | T-Mobile, PO Box 53410, Bellevue, WA 98015-3410 |
| 26488414 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 15 2020 22:11:00 | Transworld Systems, P.O. Box 15618, Wilmington, DE 19850-5618 |
| 26488416 | + | EDI: VERIZONCOMB.COM | Oct 16 2020 01:48:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Basil T. Simon | bsimon@ecf.axosfs.com trusteesimon@sszpc.com;lbauer@sszpc.com |
| Christopher M. Carey | on behalf of Debtor Isaac Rogers-Lewis ecf@careylawgroup.net |

TOTAL: 2